# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MIGUEL GERARD BOWLEG

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4038-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 25, 1999 in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

Knowingly made false statements to a federally licensed firearms dealer.

in violation of Title 18 United States Code, Section(s) 924 (a)(1)(A)

I further state that I am a(n) Special Agent- AFT and that this complaint is based on the following facts:

Official Title

See Attached Affidavit incorporated by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

Feb. 22, 2000 at Ft. Lauderdale, FL
Date                                                    City and State

BARRY SELTZER
U.S. MAGISTRATE JUDGE                              _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Steven L. Meyer, being duly sworn, depose and state:

1. I am a Special Agent with the United States Treasury Department, Bureau of Alcohol, Tobacco and Firearms (BATF) and have been so employed since 1983. I have participated in numerous investigations involving federal firearms violations.

2. The information contained in this affidavit are for a determination of probable cause only and are not all the facts known to the affaint, but are based upon my personal knowledge, as well as information obtained from law enforcement personnel and cooperating sources.

3. On June 25, 1999 and again on July 6, 1999, September 22, 1999, and January 7, 2000, Miguel Gerard Bowleg entered Martin's Davie Gun and Pawn Inc., a federally licensed firearm dealer located at 6500 Sterling Road, Hollywood, and arranged for the purchase of a total of twelve firearms. In the course of each transaction, Mr. Bowleg executed and signed an ATF form 4473, Firearms Transaction Record Part 1 in which he listed his residence address in box #5 as 23004 N.E. 12 Avenue, Fort Lauderdale, Florida 33307.

4. On August 15, 1999, Miguel Gerard Bowleg purchased six firearms at the West Palm Beach Fairgrounds Gun Show from Miami Police Supply, a federally licensed firearms dealer. In the course of the transaction, Mr. Bowleg executed and signed an ATF 4473, Firearms Transaction Record Part 1 in which he listed his residence address in box #5 as as 24003 N.E. 12 Avenue, Oakland Park, Florida 33307.

5. On September 22, 1999 and again on October 20, 1999 Miguel Gerard Bowleg

1

entered Martin's South Boward Gun and Pawn, Inc., a federally licensed firearms dealer located at 3407 South State Road 7, Hollywood, Florida and arranged for the purchase of a total of six firearms. In the course of each transaction, Mr. Bowleg executed and signed an ATF form 4473, Firearms Transaction Record Part 1 in which he listed his residence address in box #5 as 23004 N.E. 12 Avenue, Fort Lauderdale, Florida 33307.

6. On October 20, 1999, and again on November 22, 1999, Miguel Gerard Bowleg entered Big Charlie's Gun and Pawn, a federally licensed firearms dealer located at 5408 South State Road 7, Hollywood, Florida and arranged for the purchase of a total of six firearms. In the course of each transaction Mr. Bowleg executed and signed an ATF form 4473, Firearms Transaction Record Part 1 in which he listed his residence address in box # 5 as 23004 N.E. 12 Avenue, Fort Lauderdale, Florida 33307 (October 20, 1999) and as 23004 N.E. 12 Avenue, Oakland Park, Florida 33307 (November 22, 1999).

7. On February 13, 2000, Miguel Gerard Bowleg purchased two firearms at the West Palm Beach Fairgrounds Gun Show from Miami Police Supply, a federally licensed Firearms dealer. In the course of the transaction, Mr. Bowleg executed and signed an ATF form 4473, Firearms Transaction Report Part 1 in which he listed his residence address in box #5 as 24003 N. E. 12 Avenue, Fort Lauderdale, Florida 33307. Miami Police Supply subsequently transferred the firearms to Gun Country, a federally licensed firearms dealer located at 200 S.W. 25 St., Ft. Lauderdale, Florida for pick up by Bowleg.

8. On February 21, 2000 Miguel Gerard Bowleg took receipt of the two firearms

purchased in paragraph #9 above at Gun Country. Bowleg was arrested by Special Agent's of the Bureau of Alcohol, Tobacco and Firearms at that time.

9. On February 17, 2000, I caused a search of United States Postal Service records concerning the validity of the addresses 23004 N.E. 12 Avenue, Fort Lauderdale; 23004 N.E. 12 Avenue, Oakland Park; and 24003 N.E. 12 Avenue, Oakland Park. The search disclosed all three addresses to be non existent.

10. Efforts by your affiant to physically locate these addresses have been unsuccessful.

11. After being advised of his Miranda rights and waiving same Bowleg admitted to purchasing approximately fifty handguns between June, 1999 and the present while making false statements on the ATF form 4473 as to his address. He also admitted to being an illegal alien since about June, 1999 (when he overstayed his student Visa) and that he was a Bahamian citizen born in the Bahamas. In the information provided on the ATF form 4473 in each of the firearm purchases outlined above Bowleg claimed to be a United States Citizen born in Miami and denied being an illegal alien.

Based on the foregoing information, I believe there is probable cause to believe that Miguel Gerard Bowleg has violated Title 18 United States Code Section 924 (a)(1)(A) in that he knowingly made false statements to a federally licensed firearms dealer.

_____
STEVEN L. MEYER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS


Sworn and subscribed this 22 day of February, 2000 in Fort Lauderdale, Florida.

_____
BARRY SELTZER
United States Magistrate

4