COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

"HARD COPY"

| | |
|---|---|
| DEFT: Miguel Bowles (J)# | CASE NO: 00-4038-BSS |
| AUSA: Duty _Flanigan_ | ATTNY: Tim Day |
| AGENT: ATF | VIOL: 18:924 (a)(1)(A) |
| PROCEEDING: Initial Appearance | BOND REC: PTD  APD |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| ___ BOND SET @ _____ | |
| CO-SIGNATURES: | FILED by _____ D.C. |
| SPECIAL CONDITIONS: | FEB 2 2 2000 |
| | CLARENCE MADDOX |
| | CLERK U.S. DIST. CT. |
| | S.D. OF FLA. FT. LAUD. |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A - sworn in / counsel
A - advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: XX | 3-25-00 | 10:00 | BSS ✓ |
| PRELIM/ARRAIGN XXX REMOVAL: | 3-3-00 | 11:00am | LSS |
| STATUS CONFERENCE: | | | |
| DATE: 2-22-00 | TIME: 11:00am | TAPE # 00-015 PG # 11 | |
| | | 375-390 | |