UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.

FEB 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

*ca 4055-85*

UNITED STATES OF AMERICA )   Case Number:
                Plaintiff )
                          )   REPORT COMMENCING CRIMINAL ACTION
        -VS-              )
_Mbiba Cecual Bewleg_     )   55206-004
        Defendant         )   U.S. Marshals Service Number

**************************************************************

TO:  Clerk's Office    MIAMI   FT. LAUDERDALE  WEST PALM BEACH
                        FT. PIERCE  (Circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.

**************************************************************

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: _2/21/00_   _2_   a.m. (p.m.)

    **Time and Facility** where booked _Ft. Laud. City Jail 445 pm_

(2) Language Spoken:  _English_

(3) Offense(s) Charged: _First Internation To Federal Firearms Dealer_
                        _18 USC 924(9)(1)(A)_

(4) U.S. Citizen        [ ] Yes    [X] No      [ ] Unknown

(5) Date of Birth:      _9-23-73_
                        _9-25-73_

(6) Type of Charging Document:  (check one)
    [ ] Indictment    [X] Complaint to be filed
                      [ ] Complaint already filed
    Case Number:  _____

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:  _FTL_
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**    [ ] YES    [X] NO

Amount of Bond:  $_____

Who set bond:  _____

Remarks:  _____

Date:  _2/22/00_        Arresting Officer: _Steve Meyer_
                        Agency:  _ATF_
                        Phone: _PD 730-5580_   _357-7367_