# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Miguel Bowleg (J)#        CASE NO: 00-4038-BSS

AUSA: Tom Lanigan *present*     ATTNY: FPD San Smargo

AGENT: _____                  VIOL: _____

PROCEEDING: PTD HEARING         BOND REC: _____

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED: _____

BOND SET @ $200,000 Corp Surety w/ nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
FEB 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA./FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

No Bond hrg held. Both sides stipulate to a high corp. surety w/ nebbia, reserving right to proceed w/ PTD hearing at a later date

NEXT COURT APPEARANCE:  DATE:         TIME:        JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL  already set 3-3-00   11:00am  LSS

STATUS CONFERENCE: _____

DATE: 2-25-00   TIME: 10:00am   TAPE # 00-017  PG # 2
(483) 541