TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6053-CR-ZLOCH
18 U.S.C. §922(a)(6)
18 U.S.C. §922(g)(5)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA  )
                          )
vs.                       )
                          )
MIGUEL GERARD BOWLEG,     )
                          )
        Defendant.        )
_____

INDICTMENT

The Grand Jury charges that:

COUNT I

From on or about February 13, 2000, through on or about February 21, 2000, in Broward and Palm Beach counties, in the Southern District of Florida, and elsewhere, the defendant,

MIGUEL GERARD BOWLEG,

in connection with the acquisition of two firearms, to wit: a Jennings Bryco, Model 58, .380 caliber semi-automatic pistol, serial number 978403, and a Stallard Arms, Model JS9mm, 9mm semi-automatic pistol, serial number 039508, from Miami Police Supply, a federally licensed firearms dealer, did knowingly make a false and



fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearms under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was a citizen of the United States, that he was not an alien illegally in the United States and that he was born in Miami, when in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States, was an alien illegally in the United States and was not born in Miami; in violation of Title 18, United States Code, Section 922(a)(6).

COUNT II

On or about February 21, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

MIGUEL GERARD BOWLEG,

being an alien illegally and unlawfully in the United States, that is, being a citizen of The Bahamas and having overstayed his student visa, did knowingly possess two firearms, in and affecting commerce, to wit, a Jennings Bryco, Model 58, .380 caliber semi-automatic pistol, serial number 978403 and a

Stallard Arms, Model JS9mm, 9mm semi-automatic pistol, serial number 039508, in violation of Title 18, United States Code, Section 922(g)(5).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

MIGUEL GERARD BOWLEG             **CERTIFICATE OF TRIAL ATTORNEY***
_____          **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)      Yes ___ No ___
                                      Number of New Defendants  ___
___ Miami   ___ Key West              Total number of counts    ___
 X  FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  NO_____
   List language and/or dialect _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      X___       Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony       X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) ___ NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No)  YES _____
   If yes:
   Magistrate Case No.  00-4038 BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  2/21/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes X No   If yes, was it pending in the Central Region?__ Yes_ No

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500037

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>MIGUEL GERARD BOWLEG</u> No.:_____

Count #l:   Providing False Information in Acquisition of Firearms; 18 U.S.C. 922(a)(6)

<u>*Max Penalty: 10 years' imprisonment; $250,000 fine</u>

Count #2:   Illegal Alien in Possession of Firearms; 18 U. S. C. 922(a)(5)

<u>*Max Penalty: 10 years' imprisonment; $250,000 fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines,
<u>restitution,_____</u>
special assessments, parole terms or forfeitures that may be applicable.**