COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MIGUEL BOWLEG (J)          CASE NO: 00-6053-CR-ZLOCH
AUSA: TOM LANIGAN / Cora          ATTY: FPD Jim Day for _Smargon_
AGENT: ___                         VIOL: ___
PROCEEDING ARRAIGNMENT             RECOMMENDED BOND ___
BOND HEARING HELD - yes/no         COUNSEL APPOINTED ___
    BOND SET @ ___
    SPECIAL CONDITIONS:

1) To be cosigned by: ___
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: ___

[stamp: FILED by ___ D.C. MAR - 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

Reading of Indictment Waived
Not Guilty plea entered
Jury ___ ded
Sta___ ery order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: ___
                          PTD/BOND HRG: ___
                          PRELIM/ARRAIGN: ___
                          REMOVAL HRG: ___
                          STATUS CONF: 4-3 /11 LSS

Date: 3/3/00    Time 11:00    FTL/LSS TAPE #00- 012    Begin: 2543    End: 2604

12