UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6053-CR-ZLOCH

UNITED STATES OF AMERICA

v.

MIGUEL GERARD BOWLEG,

        DEFENDANT,
_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing
Discovery Order issued in this case file this response which is
alphabetized and numbered to correspond to that original order and
states as follows:

    A.  1.   There are written and recorded statements made by
the defendant.  See attached INS Record of Sworn statement written
by the defendant and executed advise of rights form.

        2.   The defendant made oral statements after arrest, in
response to interrogation by a then known-to-be government agent,
reports of which are attached, which the government intends to
offer in evidence at trial. See attached statement of the
defendant.

        3.   Defendant did not testify before the grand jury.

        4.   The defendant has no known criminal history.

        5.   Books, papers, documents, photographs, tangible
objects, buildings or places which the government intends to use as
evidence at trial to prove its case in chief, or were obtained from
or belonging to the defendant, include but are not limited to: INS
Record of sworn statement, INS documents pertaining to the
immigration status of the defendant, twelve (12)ATF 4473 forms,
Jennings Bryco, Model 58, 380 caliber semi-automatic pistol serial
number 978403 and a Stallard Arms, Model JS9mm, 9mm semiautomatic
pistol, serial number 039508.

        6.   The results or reports of physical or mental
examinations or scientific tests or experiments made in connection
with this case, are as follows: See attached Curriculum Vitae of
ATF S/A Regina Lombardo and statement of interstate nexus of
firearms based on the examination conducted by S/A Lombardo.

B.   The United States requests the discovery and production of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure 16(b).

C.   The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: none known.

D.   The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: none known

E.   None Known

F.   The defendant was not identified in photo spreads or similar identification procedures.

G.   The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H.   The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b). Any evidence made available for inspection may be offered in the government's case in chief under Federal Rule of Evidence 404(b) or otherwise. The United States advises the defendant that pursuant to Federal Rule of Evidence 404(b) it will seek to introduce, in its case-in-chief evidence of other crimes committed by the defendant specifically that the defendant illegally purchased approximately 31 other firearms. Details of these other purchases to be provided at a discovery conference.

I.   The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J.   The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section 3500.

K.   There are no controlled substances which are the subject of the indictment in this case.

L.   The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M.   Latent fingerprints of the defendant were not recovered in this case.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offense was committed is as follows:

Date:        February 13-21, 2000

Place        Palm beach and Broward Counties, Florida


Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:   _____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd Suite 700
Fort Lauderdale, FL 33301
954-356-7255 ext 3590
954-356-7230 fax


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 13th day of March ,2000 to:


Sam Smargon,AFPD
101 N.E. 3rd Ave
Fort Lauderdale, Fl.
33301


_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY


cc: S/A Steve Meyer, ATF

# RECORD OF SWORN STATEMENT

Office: _Miami District Office_     File No.: _A 77 921 514_

Statement by: _____

In the case of :_ Miguel BOWLEG_

At: _Miami, Florida_     Date: _2-24-00_

Before: SA Annette Rivera

In the _____ <sub>(Name and Title)</sub> language. Interpreter _____ used.

I am an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding: **You entry into the United States and your present Immigration status.**

Before we ask you any questions, you must understand your rights.

> You have the right to remain silent.
>
> Anything you say can be used against you in court, or in any immigration or administrative proceeding.
>
> You have the right to talk to a lawyer for advise before we ask you any questions and to have him with you during questioning.
>
> If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
>
> If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

1.    Q. Do you wish to have a lawyer or any other person present to advise you?
   A.    NO

2.    Q. Are you willing to answer my questions at this time?
   A.    YES

3.    Q. Do you swear that all the statements you are about to make will be the truth, the whole truth and nothing but the truth, so help you God?
   A.    YES

Form I-263B (Subs)

1

**4. What is your true, correct and complete name?**

Miguel Gerard BOWLEG

**5. What country are you a native and citizen of?**

BAHAMAS    BAHAMAS

**6. What is your date of birth?**

9-25-73

**7. Where were you born?**

BAHAMAS

**8. Have you used other names before? If, so what are they?**

NO

**9. What is your current Immigration status?**

Student ViSA Expired

**10.. What is your mother's complete name and address?**

CASANdrA WaIIACE
DeceAsed

**11.. In what country was your mother born and what is her nationality?**

BahAMAS

**12. What is your father's complete name and address?**

UNK

**13. In what country was your father born and what is his nationality?**

UNK

**14. What is the current Immigration status of your parents?**

Parents were from BAHAMAS

**15. What is your permanent address in the United States?**

7635 HAMPTON Blvd
N. Lauderdale , FL

**16. What is your telephone number?**

(954) 721-1904

**17 . What is your foreign address?**

BAHAMAS

**18  Where , when and how did you last enter the United States?**

PlANe  About  3yrs AgO -
Ft Lauderdale  FloridA

**19. Were you inspected by an Immigration Officer when you last entered the United States?**  YES

**20. If you were inspected, under what classification were you admitted?**

F-1

**21. Did you present a passport and visa when you last entered the United States?**  YES

**22.  What is your alien number?**  NO

**23. Do you have a social security card? If so, what is the name on and the number of the card?**

594 45 5306
SAME NAME

**24. Have you ever been deported from the United States? If so, when and where?**

NO

**25. Did you obtain permission from the Attorney General to re-enter the country after you were deported?**

N/A

**26. Are you married, divorced or single?**

Single

**27. What is the name, address and nationality of your spouse?**

N/A

**28. What is the Immigration status of your wife**

N/A

**29. Do you have any minor children? If so, what are their names, ages and nationalities?**

NO

**30. What is your occupation?**

Computers

**31. What is your employer's name and address?**

N/A

**32. What name did you use to obtain employment?** *N/A*

**33. What documents did you present to the person who hired you?** *N/A*

**34. How much were you paid?** *N/A*

**35. Do you , or any other person, have any application or petitions pending with the Immigration Service on your behalf?** *NO*

**36. Is there anything else you would like to add to this statement?**

MY LAST entry WAS iN Feb 10, 1998 I CAME by boat thru MiAMi. My friends boat. I WAS Not inspected by INS.

I have read (or have had read to me) the foregoing statement consisting of _____ pages. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation on the date indicated by the above named officer of the Immigration and Naturalization Service. I have initialed each page of this statement(and the correction(s) noted on page(s) _____ ).

Signature _____

Subscribed and sworn to before me at _____ F D C     M I A

on _____ 2 - 2 4 - 99

_____

Officer, United States Immigration and Naturalization Service

Witnessed by: _____

# RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
Form I-263A (Subs)

5

## QUALIFICATIONS OF REGINA LOMBARDO

**I, Regina Lombardo, hereby declare and say:**

1.     That I am currently a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF), assigned to the Ft. Lauderdale Field Office. I have been employed with ATF since July 27, 1992, with my primary investigative effort being in the area of firearm investigations.

2.     I have received instruction on the recognition and identification of firearms during my successful completion of the Criminal Investigator School and ATF New Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

3.     I have received further instruction in the identification of firearms and determining their place of origin, and manufacture during the ATF Firearms Interstate Nexus School held at ATF Headquarters in Washington, D.C.

4.     I have received additional training in this field during the course of several investigations I have conducted. I have observed firearms being manufactured first hand during the various stages of production while visiting the Taurus manufacturing company in Miami Fl.

5.     As an ATF special agent, I have access to the federal licensing information concerning U.S. manufacturers, importers, and dealers of firearms. I also have access to the records, which are required to be maintained under federal law by those who are licensed.

6.     I maintain a library that ATF has provided me with research material, standard reference works, and firearms trade publications pertaining to the manufacture and origin of commercially available firearms.

7.     In the course of my duties with ATF, I have examined numerous firearms and conducted research to determine their identification and place of origin.

8.     On four previous occasions I have testified in U.S. District Court, in the Southern Judicial District of Florida, and the Middle Judicial District of Florida as an expert in the origin and identification of firearms.

9.     As part of my position as Violent Crime Coordinator, I have conducted role call type training for local for law enforcement personnel in the field of firearm identification and proper documentation when examining firearms.

10.

DEPART.   IT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# REPORT OF INVESTIGATION

Page 1 of 3

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 007 |
|---|---|

| TITLE OF INVESTIGATION:<br>Bowleg, Miguel | |
|---|---|

| CASE NUMBER:<br>764010-00-0034 | REPORT NUMBER:<br>7 |
|---|---|

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | | COLLATERAL REPLY | |
|---|---|---|---|---|---|
| | REPORT OF INTELLIGENCE | | | | |

| SUBMITTED BY *(Name)*<br>Regina Lombardo | SUBMITTED BY *(Title and Office)*<br>Special Agent, Fort Lauderdale Field Office | SUBMITTED BY *(Date)*<br>03/01/2000 |
|---|---|---|
| REVIEWED BY *(Name)*<br>William Hamilton | REVIEWED BY *(Title and Office)*<br>Resident Agent in Charge, Fort Lauderdale Field Office | REVIEWED BY *(Date)* |
| APPROVED BY *(Name)*<br>Bob Thomas | APPROVED BY *(Title and Office)*<br>Assistant Special Agent in Charge, Miami Field Division | APPROVED BY *(Date)* |

## DESCRIPTION OF ACTIVITY:

Interstate Nexus statement

## SYNOPSIS:

On February 28, Agent Regina Lombardo, based on the description provided by Agent Steve Meyer, determined the place of manufacture to establish the interstate nexus.

## NARRATIVE:

On February 28, 2000, Special Agent Regina Lombardo determined that the place of manufacturer to establish Interstate Nexus of the following firearms:

Exhibit (1)

One (1) BRYCO ARMS
Model M 58/ .380 caliber
Serial number 978403

Based on the information provided to me, my knowledge, experience, training and research, it is my opinion that this firearm was manufactured by:

: Bryco Arms Manufacturing Company, located in Irvine, CA

DEPART. .T OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**REPORT OF INVESTIGATION**

Page 2 of 3

| ADDRESSED TO:<br>Special Agent in Charge<br>Miami Field Division | MONITORED INVESTIGATION INFORMATION:<br>Miami Field Division<br>FY-00<br>Report 007 |
|---|---|

TITLE OF INVESTIGATION:
Bowleg, Miguel

| CASE NUMBER:<br>764010-00-0034 | REPORT NUMBER:<br>7 |
|---|---|

Exhibit (2)

One (1) STALLARD/ MAVERICK pistol
Model JS-9/ caliber 9MM
Serial number 039508

Based on the information provided to me, my knowledge, experience, training and research, it is my opinion that this firearm was manufactured by:

- Stallard Arms and distributed by MKS Supply INC. located in Dayton , OH

The determinations were based on a description provided to Agent Lombardo and will be verified upon examination of the firearm.

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**SERIAL NUMBER**
1-12-5

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. **See Important Notices, Definitions and Instructions**

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | ☑ MALE ☐ FEMALE | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowleg Miguel Gerard | | 5'9" | 160 | Black |

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|---|
| Broward County | MONTH | DAY | YEAR | Miami |
| 23004 NE NAVE, FT laud, FL, 33307 | 09 | 25 | 73 | STATE OR FOREIGN COUNTRY FL |

**OPTIONAL INFORMATION** - The information requested in this item (8) is strictly **optional** but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A ___ ___ ___ ___ ___ ___ ___ | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through i. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | | | |
|---|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien **illegally** in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence? ___Florida___
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD OR PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Bowleg | 10/20/99 |

ATF F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

0. TYPE OF FIREARM(S) TO BE TRANSFERRED    [X] HANDGUN    [ ] LONG GUN    [ ] BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.) | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS (e.g., utility bills or lease agreements. See Instruction to Transferor 2.) |
|---|---|
| FL DL B420-547-73-345-0 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** (See Instructions to Transferor 4-7.)

2a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON _10-27-99_.
(Date)

2b. THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS: _2175954A_   _Mary_

2c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

[X] PROCEED    [ ] DENIED    [ ] DELAYED

2d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____.
(Date)

[ ] PROCEED    [ ] DENIED    [ ] NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 3. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (if any) | PERMIT NUMBER |
|---|---|---|---|
| | | | |

[ ] NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

ON C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANS-
E SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF
E FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

ERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| ANSFEREE'S (BUYER'S) SIGNATURE | DATE 10/27/99 |
|---|---|

**SECTION D**

the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of
sfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of
blished Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s)
cribed below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| European American Armory | EAR | 1526812 | Rev | .38 |
| Star Interarms | Super | 917262 | Pistol | 9mmL |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** (See Instruction to Transferor 11.)

| TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) BIG CHARLIE'S G&P 5408 S STATE RD 7 HOLLYWOOD FL 33314 ☎ # 954 584-6500 | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) 1-59-006-02-1M-4115 |
|---|---|

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE Sales | 24. TRANSACTION DATE 10-27-99 |
|---|---|---|

# FIREARMS TRANSACTION RECORD PART I OVER-THE-COUNTER

SERIAL NUMBER

TRANSFEROR'S TRANSACTION

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|
| Bowley Miguel Gerard  ☒ MALE ☐ FEMALE | 5' 9" | 160 | Black |

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|---|
| 23004 NE 12 Ave Oakland Pk FL 33061 Broward | MONTH 09 | DAY 25 | YEAR 73 | Miami STATE OR FOREIGN COUNTRY FL |

8. OPTIONAL INFORMATION - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A | |

CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | | |
|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien illegally in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a fugitive from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence? __FLorida__ (State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| | 11/22/99 |

F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

FIREARM(S) TO BE TRANSFERRED:  ☒ HANDGUN  ☐ LONG GUN  ☐ BOTH

**11a. TYPE AND NUMBER ON IDENTIFICATION** (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)

FL DL B420-547-73-345-0

**11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS** (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

---

ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S) (See Instructions to Transferor 4-7.)

**12a.** THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON   12-2-99
(Date)

**12b.** THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS:   2205211 H. Jerome

**12c.** THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED   ☐ DENIED   ☐ DELAYED

**12d.** IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____
(Date)

☐ PROCEED   ☐ DENIED   ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (if any) | PERMIT NUMBER |
|---|---|---|---|
| | | | |

**14.** ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S (BUYER'S) SIGNATURE | DATE 12/2/99 |
|---|---|

### SECTION D

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| R G Inds | 31 | Q154049 | Rev | 38 spl |
| Jennings | Bryco 59 | 845690 | Pistol | 9mm |
| Hi Point | C | P042953 | Pistol | 9 mm |

COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS (See Instruction to Transferor 11.)

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) |
|---|---|
| BIG CHARLIE'S G&P 5408 S STATE RD 7 HOLLYWOOD FL 33314 № 954 584-6500 | 1-59-006-02-1M-41151 |

THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.

| 22. TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE Sales | 24. TRANSACTION DATE 12-2-99 |
|---|---|---|
| Charles Shepherd | | |

ATF F 4473 (5300.9) PART I (10-98)

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**FIREARMS TRANSACTION RECORD PART I - OVER-THE- COUNTER**

SERIAL NUMBER 5962

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | ☑ MALE ☐ FEMALE | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowley Miguel Gerard | | 5'9" | 160 | Black |

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)

23004 NE, 11 Ave, FT Laud, FL, 33307

6. BIRTH DATE — MONTH 09 DAY 25 YEAR 73

7. PLACE OF BIRTH (City) Miami
STATE OR FOREIGN COUNTRY FL

8. OPTIONAL INFORMATION - The information requested in this item (8) is strictly **optional** but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A_____ | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | | |
|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien **illegally** in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence? _____FL_____
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Bowley | 09/22/99 |

4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

EXCEPT THAT MUST BE TRANSFERRED.    ☒ HANDGUN    ☐ LONG GUN    ☐ BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)* | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICA-TION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)* |
|---|---|
| B420-547-73-345-0 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON  9/30/99 .
*(Date)*

12b. THE NICS OR STATE TRANSACTION NUMBER *(if provided)* WAS:  2157513A .

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED    ☐ DENIED    ☐ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

☐ PROCEED    ☐ DENIED    ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(if any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

14. ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANS-... REE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF T... FIREARM(S) *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S *(BUYER'S)* SIGNATURE | DATE |
|---|---|
| | 09/30/99 |

SECTION D

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| STALLARD | JS-9 | 091048 | PISTOL | 9MM |
| | | | | |
| | | | | |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| 0. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller) (Hand stamp may be used.)* | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)* |
|---|---|
| MARTIN'S BROWARD GUNS & PAWN 3407 S. STATE ROAD #7 (U.S. 441) HOLLYWOOD, FL 33023 PH. 966-4390 | FFL#4A-25773 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 2. TRANSFEROR'S *(Seller's)* SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| | SALES CLERK | 09/30/99 |

ATF F 4473 (5300.9) PART I (10-98)

OMB NO. 1512-012

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

TRANSFEROR'S TRANSACTION SERIAL NUMBER

*5935*

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowley Miguel Gerard | ☑ MALE ☐ FEMALE | 5' 9" | 160 | Black |

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|---|
| | MONTH | DAY | YEAR | Miami |
| 23004 NE 12 Ave, Ft Laud, FL 33307 | 09 | 25 | 73 | STATE OR FOREIGN COUNTRY FL |

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A _____ | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| Question | Answer | Question | Answer |
|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien **illegally** in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence? _____ FL _____
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD OR PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| X _Bowley_ | 10/20/98 |

F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

□ HANDGUN   □ LONG GUN   □ BOTH

| 1a. TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)* | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)* |
|---|---|
| B420 547 73 345-0 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON  11-26-95 .
*(Date)*

12b. THE NICS OR STATE TRANSACTION NUMBER *(if provided)* WAS: 2699553 A .

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED   □ DENIED   □ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

□ PROCEED   □ DENIED   □ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(If any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

□ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

**SECTION C** - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S *(BUYER'S)* SIGNATURE | DATE |
|---|---|
| | |

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| SMITH & WESSON | 10-6 | D709622 | REVOLVER | 357 MAG. |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)* |
|---|---|
| MARTIN'S BROWARD GUNS & PAWN 3407 S. STATE ROAD #7 (U.S. 441) HOLLYWOOD, FL 33023 PH. 966-4390 | FFL#4A-25773 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S *(Seller's)* SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| *[signature]* | AGENT. | 11-26-99 |

ATF F 4473 (5300.9) PART I (10-98)

**SECTION B - TO BE COMPLETED BY TRANSFEROR (SELLER)**

10. TYPE OF FIREARM(S) TO BE TRANSFERRED:

☒ HANDGUN     ☐ LONG GUN     ☐ BOTH

| 11a. TYPE AND NUMBER ON IDENTIFICATION (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.) | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS (e.g., utility bills or lease agreements. See Instruction to Transferor 2.) |
|---|---|
| B420-547-73 345-0 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** (See Instructions to Transferor 4-7.)

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON __11-26-79__.
(Date)

12b. THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS: __2199553A__.

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED     ☐ DENIED     ☐ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____
(Date)

☐ PROCEED     ☐ DENIED     ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (If any) | PERMIT NUMBER |
|---|---|---|---|
| | | | |

14. ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S (BUYER'S) SIGNATURE | DATE |
|---|---|
| | 26/Nov/99 |

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| Hi-Point | CF .380 | P730938 | Pistol | .380 |
| Rossi-Interarms | 68 | AA588476 | Revolver | 38Spec |
| Bryco | 58 | 949750 | Pistol | 9mm |
| Charter Arms Revolver | Undercover | 126026 | Revolver | 38Spec. |

COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS (See Instruction to Transferor 11.)

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used.) | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) |
|---|---|
| MARTIN'S BROWARD GUNS & PAWN 3407 S. STATE ROAD #7 (U.S. 441) HOLLYWOOD, FL. 33023  PH. 966-4390 | FFL#4A-25773 |

THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.

| 22. TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| | AGENT | 11-26-99 |

ATF F 4473 (5300.9) PART I (10-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

TRANSFEROR'S TRANSACTION
SERIAL NUMBER  5652

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER) 19880977

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowleg Miguel Garard  ☑ MALE  ☐ FEMALE | | 5' 9" | 160 | Black |

RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)

5245 N Dixie, Oakland Pk, FL 3354

| 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) Miami |
|---|---|---|---|
| MONTH 09 | DAY 25 | YEAR 73 | STATE OR FOREIGN COUNTRY FL |

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly **optional** but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A _ _ _ _ _ _ _ _ | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | |
|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? — No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney? | No | h. Are you an alien **illegally** in the United States? — No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? — No |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) — No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) — No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? — Yes |

What is your State of residence? ___FL___ (State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| M Bowleg | 12/18/98 |

F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

10. TYPE OF FIREARM(S) BEING TRANSFERRED

☒ HANDGUN ☐ LONG GUN ☐ BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)* | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)* |
|---|---|
| FL. IOL    B420-54773 3450 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON __12-18-98__ .
*(Date)*

12b. THE NICS OR STATE TRANSACTION NUMBER *(if provided)* WAS: __1988097A__ .

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED ☐ DENIED ☐ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

☐ PROCEED ☐ DENIED ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(If any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

14. ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

**SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S)** *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S *(BUYER'S)* SIGNATURE | DATE |
|---|---|
| | |

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| HI-POINT | JH. | 314731 | PISTOL | 45 ACP. |
| STALLARD. | JS-9 | 091049 | PISTOL | 9 mm. |
| | | | | |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller) (Hand stamp may be used.)* | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)* |
|---|---|
| MARTIN'S BROWARD GUNS & PAWN 3407 S. STATE ROAD #7 (U.S. 441) HOLLYWOOD, FL 33023 PH. 966-4390 | **FFL #4A-25773** |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S *(Seller's)* SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| | CLERK. | 12-18-98 |

ATF F 4473 (5300.9) PART I

10. TYPE OF FIREARM(S) BEING TRANSFERRED

[X] HANDGUN    [ ] LONG GUN    [ ] BOTH

**11a. TYPE OF AND NUMBER ON IDENTIFICATION** *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)*

ISSUED 11-12-96

FDL# B420-547-73-345

**11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS** *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

---

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

**12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON** 8/18/99 *(Date)*

**12b. THE NICS OR STATE TRANSACTION NUMBER** *(if provided)* **WAS:** 213233/A

**12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:**

[X] PROCEED   APPROVED    [ ] DENIED    [ ] DELAYED

**12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON** _____ *(Date)*

[ ] PROCEED    [ ] DENIED    [ ] NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(if any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

**14.** [ ] NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

---

**SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S)** *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S *(BUYER'S)* SIGNATURE | DATE 8/24/99 |
|---|---|

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| Jennings | nine | 1366519 | Pistol | 9mm |
| Jennings | Nine | 1366517 | Pistol | 9mm |
| Jennings | Nine | 1366518 | Pistol | 9mm |
| Sportsarms, Miami, FL | MR102 | 06812 | Revolver | .375PL |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR | | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be ...)* | | |
|---|---|---|---|---|
| Taurus | 85 | RF64074 | Revolver | .335PL |
| Rvco | 38 | 597810 | Pistol | .380 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S *(Seller's)* SIGNATURE | 23. TRANSFEROR'S TITLE V. Pres | 24. TRANSACTION DATE 8-24-99 |
|---|---|---|

ATF F 4473 (5300.9) PART I (10-98)

I-0C0#2752

OMB NO. 151:

## PARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

| TRANSFEROR'S TRANSACT |
|---|
| TRANSFEROR'S SERIAL NUMBER |
| 7150 |

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

### SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

1. TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)*  **Bowleg Miguel Garrard**

☑ MALE   ☐ FEMALE

2. HEIGHT  5' 9"

3. WEIGHT  160

4. RACE  Black

5. RESIDENCE ADDRESS *(No, Street, City, County, State, ZIP Code)*  
2403 NE 11th Broward County Oakland Pk, Fl 33307

6. BIRTH DATE — MONTH 09  DAY 25  YEAR 73

7. PLACE OF BIRTH *(City)* Miami  STATE OR FOREIGN COUNTR FL

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

SOCIAL SECURITY NUMBER  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

ALIEN REGISTRATION NUMBER  A___

MISCELLANEOUS NUMBER *(Military ID, etc.)*

9. CERTIFICATION OF TRANSFEREE *(Buyer)* - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | |
|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. *(See Important Notice 1.)* | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? — N |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien **illegally** in the United States? — N |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? *(See Important Notice 5 and EXCEPTION.)* | No | i. Have you ever renounced your United States citizenship? — N |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? *(See Important Notice 6 and Definition 4.)* — No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. *(See Definition 5.)* — N |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? — Yes |

What is your State of residence? _FL_ *(State)*

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. *(See Definition 6.)*

...ERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" ...) QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" ...) ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO ...DERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR ...SREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I ...RTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD ...OFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

...ANSFEREE'S *(Buyer's)* SIGNATURE   *M Bowleg*

DATE  01/15/00

Case 0:00-cr-06053-WJZ    Document 15    Entered on FLSD Docket 03/14/2000    Page 26 of 36

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

TRANSFEROR'S TRANSACTION
SERIAL NUMBER

14670

NOTE: Prepare in original only. All entries on this form must be in ink. **See Important Notices, Definitions and Instructions**

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)

Bowleg   Miguel GARARD

☑ MALE
☐ FEMALE

| 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|
| 5' 9" | 160 | Black |

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)

23004 NE 12 AVE Ft Laud - FL 3330?

| 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|
| MONTH | DAY | YEAR | Miami |
| 09 | 25 | 73 | STATE OR FOREIGN COUNTRY  FL |

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly **optional** but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | | |
|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien **illegally** in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a **fugitive** from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence?  The FL
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD OR PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| X   Bowleg | 6/25/99 |

ATF F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

OF TRANSFEROR (SELLER)

10. TYPE OF FIREARM(S) TO BE TRANSFERRED    [X] HANDGUN    [ ] LONG GU    [ ] BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)* | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)* |
|---|---|

DL # B420-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-FL

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

12b. THE NICS OR STATE TRANSACTION NUMBER *(if provided)* WAS: _____

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

   [ ] PROCEED    [ ] DENIED    [ ] DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____
*(Date)*

   [ ] PROCEED    [ ] DENIED    [ ] NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(if any)* | PERMIT NUMBER |
|---|---|---|---|

14. [ ] NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

**TION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANS- SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF HE FIREARM(S)** *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| RANSFEREE'S (BUYER'S) SIGNATURE | DATE |
|---|---|

**SECTION D**

n the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of ansfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of ublished Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) scribed below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| HI POINT | MOD C | 814032 | PISTOL | 9mm |
| KEL TEC | P-11 | 50991 | PISTOL | 9mm |
| LORCIN | L9mmBB | L122610 | PISTOL | 9mm |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| . TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) MARTIN'S DAVIE GUN AND PAWN, INC. 6500 STERLING ROAD HOLLYWOOD FL 33024 954-981-1996 | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)* FFL #1-59-006-02-1A-25775 |
|---|---|

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| TRANSFEROR'S (Seller) SIGNATURE | 23. TRANSFEROR'S TITLE Clerk | 24. TRANSACTION DATE 6-25-99 |
|---|---|---|

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

TRANSFEROR'S TRANSACTION
SERIAL NUMBER

14705

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowleg Miguel Garand | ☐ MALE ☐ FEMALE | 5'5" | 160 | Black |

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)
23004 FT Laud FL 33307

| 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|
| MONTH | DAY | YEAR | Miami |
| 08 | 25 | 73 | STATE OR FOREIGN COUNTRY FL |

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 594 45-5306 | A | |

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through L. must be answered with a "yes" or a "no" in the box at the right of the question.

| | | |
|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | YES | g. Have you been discharged from the Armed Forces under dishonorable conditions? — NO |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | NO | h. Are you an alien illegally in the United States? — NO |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | NO | i. Have you ever renounced your United States citizenship? — NO |
| d. Are you a **fugitive** from justice? | NO | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) — NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) — NO |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | NO | l. Are you a citizen of the United States? — YES |

What is your State of residence? _____FL_____
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| 10A. TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Bowleg | 7/6/09 |

F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

10. TYPE OF FIREARM(S) TO BE TRANSFERRED: ☒ HANDGUN ☐ LONG GUN ☐ BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.) | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICA-TION REQUIRED FOR ALIENS (e.g., utility bills or lease agreements. See Instruction to Transferor 2.) |
|---|---|

B 420 547733450 21

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** (See Instructions to Transferor 4-7.)

12a. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON ___7-23-99___
(Date)

12b. THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS: _____

12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED ☐ DENIED ☐ DELAYED

12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____
(Date)

☐ PROCEED ☐ DENIED ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (if any) | PERMIT NUMBER |
|---|---|---|---|

14. ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANS-FEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S (BUYER'S) SIGNATURE | DATE 07/23/99 |
|---|---|

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| HI POINT | JC | 104637 | PISTOL | 40 CAL |
| FAA | WINDICATOR | 1534217 | REV | 38 SPL |
| NORINCO | TOKAREV 213 | 710028 | PISTOL | 9 m/m |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** (See Instruction to Transferor 11.)

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used.) | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) |
|---|---|
| MARTIN'S DADE GUN AND PAWN, INC. 6500 STERLING ROAD HOLLYWOOD FL 33024 954-981-1996 | FFL #1-59-006-02-1A-25775 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| | Clerk | 7-23-99 |

ATF F 4473 (5300.9) PART I (10-98)

TRANSFEROR'S TRANSACTION

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
SERIAL NUMBER 14740

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE. Prepare in original only. All entries on this form must be in ink. **See Important Notices, Definitions and Instructions**

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| TRANSFEREE'S *(Buyer's)* NAME *(Last, First, Middle)* | ☐ 1. MALE ☐ FEMALE | 2. HEIGHT Ft. In. 5'9" | 3. WEIGHT 160 | 4. RACE Black |
|---|---|---|---|---|

Bowley Miguel Gerard

| 5. RESIDENCE ADDRESS *(No., Street, City, County, State, ZIP Code)* | 6. BIRTH DATE | | | 7. PLACE OF BIRTH *(City)* |
|---|---|---|---|---|
| 23004 NE 12 AVE, Ft Laud, FL, 33907 | MONTH 09 | DAY 25 | YEAR 73 | Miami STATE OR FOREIGN COUNTRY FL |

OPTIONAL INFORMATION - The information requested in this item (8) is strictly **optional** but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER *(Military ID, etc.)* |
|---|---|---|
| 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 | A | |

CERTIFICATION OF TRANSFEREE *(Buyer)* - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

| Question | Answer | | Question | Answer |
|---|---|---|---|---|
| Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. *(See Important Notice 1.)* | Yes | g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. | Are you an alien illegally in the United States? | No |
| Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? *(See Important Notice 5 and EXCEPTION.)* | No | i. | Have you ever renounced your United States citizenship? | No |
| Are you a **fugitive** from justice? | No | j. | Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? *(See Important Notice 6 and Definition 4.)* | No |
| Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. | Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. *(See Definition 5.)* | No |
| Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. | Are you a citizen of the United States? | Yes |

What is your State of residence? _____ FL _____ (State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. *(See Definition 6.)*

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD OR PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S *(Buyer's)* SIGNATURE | DATE 09/22/99 |
|---|---|

4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

☐ HANDGUN ☐ LONG GUN ☐ BOTH

**11A. TYPE OF AND NUMBER ON IDENTIFICATION** *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)*

**11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS** *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

---

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

**12A. THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON** _9-29-99_ .
*(Date)*

**12b. THE NICS OR STATE TRANSACTION NUMBER** *(if provided)* **WAS:** _2156772A_

**12c. THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:**

☐ PROCEED ☐ DENIED ☐ DELAYED

**12d. IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON** _____
*(Date)*

☐ PROCEED ☐ DENIED ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(if any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

**14.** ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

---

**SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF FIREARM(S)** *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

| TRANSFEREE'S (BUYER'S) SIGNATURE | DATE 9/29/99 |
|---|---|

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| R G | 31 | R 216070 | | 38 |
| | | | | |
| | | | | |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)* | 21. FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)* |
|---|---|
| MARTIN'S DAVIE GUN AND PAWN, INC. <br> 6500 STERLING ROAD <br> HOLLYWOOD FL 33024 <br> 954-981-1996 | FFL #1-59-006-02-1A-25775 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S *(Seller's)* SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| | C EO | 9-29-99 |

ATF F 4473 (5300.9) PART I (10-98)

SERIAL NUMBER 14802

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. **See Important Notices, Definitions and Instructions**

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

TRANSFEREE'S (Buyer's) NAME (Last, First, Middle)
Bowleg Miguel Gerard

| | | |
|---|---|---|
| ☑ MALE | 2. HEIGHT 5'9" | 3. WEIGHT 160 |
| ☐ FEMALE | | 4. RACE Black |

5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code)
2300 NE 12 Ave, Oakland Pk, FL 33064  Broward

6. BIRTH DATE
MONTH 09  DAY 25  YEAR 75

7. PLACE OF BIRTH (City)
Miami
STATE OR FOREIGN COUNTRY FL

8. OPTIONAL INFORMATION - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

SOCIAL SECURITY NUMBER
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

ALIEN REGISTRATION NUMBER
A

MISCELLANEOUS NUMBER (Military ID, etc.)

9. CERTIFICATION OF TRANSFEREE (Buyer) - Questions a. through l. must be answered with a "yes" or a "no" in the box at the right of the question.

a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) — Yes

g. Have you been discharged from the Armed Forces under dishonorable conditions? — No

b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. — No

h. Are you an alien illegally in the United States? — No

c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? See Important Notice 5 and EXCEPTION.) — No

i. Have you ever renounced your United States citizenship? — No

d. Are you a fugitive from justice? — No

j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) — No

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? — No

k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) — No

Have you ever been adjudicated mentally defective or have you been committed to a mental institution? — No

l. Are you a citizen of the United States? — Yes

l. What is your State of residence? ____Florida____
(State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

TRANSFEREE'S (Buyer's) SIGNATURE
M Bowleg

DATE
01/07/00

ATF F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

HANDGUN          LONG GUN

**11a.** TYPE OF AND NUMBER ON IDENTIFICATION *(Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.)*

**11b.** ES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

---

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S)** *(See Instructions to Transferor 4-7.)*

**12a.** THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

**12b.** THE NICS OR STATE TRANSACTION NUMBER *(if provided)* WAS: _____

**12c.** THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

[ ] PROCEED          [ ] DENIED          [✓] DELAYED

**12d.** IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____ .
*(Date)*

[ ] PROCEED          [ ] DENIED          [ ] NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| **13.** STATE PERMIT TYPE *(no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS)* | DATE OF ISSUANCE | EXPIRATION DATE *(if any)* | PERMIT NUMBER |
|---|---|---|---|
| | | | |

**14.** [ ] NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

---

SECTION C - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) *(SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)*

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

TRANSFEREE'S (BUYER'S) SIGNATURE          DATE 01/07/00

---

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer *(if the transfer does not occur on the same day as the verification noted in item 11)*; and (3) the information in the current list of published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| **15.** MANUFACTURER AND/OR IMPORTER | **16.** MODEL | **17.** SERIAL NO. | **18.** TYPE *(Pistol, Revolver, Rifle, Shotgun, etc.)* | **19.** CALIBER OR GAUGE |
|---|---|---|---|---|
| INTRATEC | AB10SS | A045332 | | 9MM |
| INTRATEC | AB10 | A045708 | Pistol | 9MM |
| | | | | |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS** *(See Instruction to Transferor 11.)*

| **20.** TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR *(Seller)* *(Hand stamp may be used.)*  MARTIN'S DAVIE GUN AND PAWN, INC. 6500 STERLING ROAD HOLLYWOOD FL 33024 954-981-1996 | **21.** FEDERAL FIREARMS LICENSE NO. *(Hand stamp may be used.)*  FFL #1-59-006-02-1A-25775 |
|---|---|

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| **22.** TRANSFEROR'S *(Seller's)* SIGNATURE | **23.** TRANSFEROR'S TITLE | **24.** TRANSACTION DATE |
|---|---|---|
| | MGR | 1-7-99 |

ATF F 4473 (5300.9) PART I (10-93)

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

TRANSFEROR'S TRANSACTION SERIAL NUMBER

# FIREARMS TRANSACTION RECORD PART I-OVER-THE-COUNTER

NOTE: Prepare in original only. All entries on this form must be in ink. See Important Notices, Definitions and Instructions

## SECTION A - MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Bowleg Miguel Gerard | ☐ MALE ☐ FEMALE | 5'9" | 160 | Black |

| 5. RESIDENCE ADDRESS (No., Street, City, County, State, ZIP Code) | 6. BIRTH DATE | | | 7. PLACE OF BIRTH (City) |
|---|---|---|---|---|
| 23 004 NE 12 Ave Ft Laud FL 33308 | MONTH 09 | DAY 05 | YEAR 73 | Miami STATE OR FOREIGN COUNTRY FL |

8. **OPTIONAL INFORMATION** - The information requested in this item (8) is strictly optional but will help to ensure the lawfulness of the sale and avoid the possibility of being misidentified as a felon or other prohibited person.

| SOCIAL SECURITY NUMBER | ALIEN REGISTRATION NUMBER | MISCELLANEOUS NUMBER (Military ID, etc.) |
|---|---|---|
| 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 | A | |

9. **CERTIFICATION OF TRANSFEREE** (Buyer) - Questions a. through L. must be answered with a "yes" or a "no" in the box at the right of the question.

| Question | Answer | Question | Answer |
|---|---|---|---|
| a. Are you the actual buyer of the firearm indicated on this form? If you answer "no" to this question the dealer cannot transfer the firearm to you. (See Important Notice 1.) | Yes | g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| b. Are you under indictment or information in any court for a crime for which the judge could imprison you for more than one year? An information is a formal accusation of a crime made by a prosecuting attorney. | No | h. Are you an alien illegally in the United States? | No |
| c. Have you been convicted in any court of a crime for which the judge could have imprisoned you for more than one year, even if the judge actually gave you a shorter sentence? (See Important Notice 5 and EXCEPTION.) | No | i. Have you ever renounced your United States citizenship? | No |
| d. Are you a fugitive from justice? | No | j. Are you subject to a court order restraining you from harassing, stalking, or threatening an intimate partner or child of such partner? (See Important Notice 6 and Definition 4.) | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No | k. Have you been convicted in any court of a misdemeanor crime of domestic violence? This includes any misdemeanor conviction involving the use or attempted use of physical force committed by a current or former spouse, parent, or guardian of the victim or by a person with a similar relationship with the victim. (See Definition 5.) | No |
| f. Have you ever been adjudicated mentally defective or have you been committed to a mental institution? | No | l. Are you a citizen of the United States? | Yes |

What is your State of residence? S Florida FL (State)

If you are not a citizen of the United States, you have a State of residence only if you have resided in the State for at least 90 days prior to the date of this sale. (See Definition 6.)

I CERTIFY THAT THE ABOVE ANSWERS ARE TRUE AND CORRECT. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO QUESTION 9b IS PROHIBITED FROM PURCHASING A FIREARM. I UNDERSTAND THAT A PERSON WHO ANSWERS "YES" TO ANY OF THE QUESTIONS 9c THROUGH 9k IS PROHIBITED FROM PURCHASING OR POSSESSING A FIREARM. I ALSO UNDERSTAND THAT THE MAKING OF A FALSE ORAL OR WRITTEN STATEMENT OR THE EXHIBITING OF ANY FALSE OR MISREPRESENTED IDENTIFICATION WITH RESPECT TO THIS TRANSACTION IS A CRIME PUNISHABLE AS A FELONY. I FURTHER UNDERSTAND THAT MY REPETITIVE PURCHASE OF FIREARMS FOR THE PURPOSE OF RESALE FOR LIVELIHOOD AND PROFIT WITHOUT A FEDERAL FIREARMS LICENSE IS A VIOLATION OF LAW. (SEE IMPORTANT NOTICE 7.)

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Bowleg | 01/07/00 |

F 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS ARE OBSOLETE

**10. TYPE OF FIREARM(S) TO BE TRANSFERRED:**

☒ HANDGUN ☐ LONG GUN ☐ BOTH

| 11a. TYPE OF AND NUMBER ON IDENTIFICATION (Driver's license or other valid government-issued photo identification. See Instruction to Transferor 1.) | 11b. TYPES AND DATES OF ADDITIONAL IDENTIFICATION REQUIRED FOR ALIENS (e.g. utility bills or lease agreements. See Instruction to Transferor 2.) |
|---|---|
| DL# B420-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 | |
| FOID# 02252389 | |

**ITEM 12, 13, OR 14 MUST BE COMPLETED PRIOR TO TRANSFER OF FIREARM(S) (See Instructions to Transferor 4-7.)**

**12a.** THE TRANSFEREE'S IDENTIFYING INFORMATION IN SECTION A OF THIS FORM WAS TRANSMITTED TO NICS OR THE APPROPRIATE STATE AGENCY ON __1-21-00__ (Date)

**12b.** THE NICS OR STATE TRANSACTION NUMBER (if provided) WAS _____

**12c.** THE RESPONSE INITIALLY PROVIDED BY NICS OR THE APPROPRIATE STATE AGENCY WAS AS FOLLOWS:

☒ PROCEED ☐ DENIED ☐ DELAYED

**12d.** IF INITIAL NICS OR STATE RESPONSE WAS "DELAYED," THE FOLLOWING RESPONSE WAS RECEIVED FROM NICS OR THE APPROPRIATE STATE AGENCY ON _____ (Date)

☐ PROCEED ☐ DENIED ☐ NO RESPONSE PROVIDED WITHIN 3 BUSINESS DAYS

| 13. STATE PERMIT TYPE (no NICS check required because transferee has a valid permit which qualifies as an exemption to NICS) | DATE OF ISSUANCE | EXPIRATION DATE (if any) | PERMIT NUMBER |
|---|---|---|---|
| | | | |

**14.** ☐ NO NICS CHECK WAS REQUIRED BECAUSE THE TRANSFER INVOLVED ONLY NFA FIREARM(S)

**SECTION C** - IF THE TRANSFER OF THE FIREARM(S) TAKES PLACE ON A DIFFERENT DAY FROM THE DATE THAT THE TRANSFEREE SIGNED SECTION A, THEN THE TRANSFEREE MUST COMPLETE SECTION C IMMEDIATELY PRIOR TO THE TRANSFER OF THE FIREARM(S) (SEE INSTRUCTION TO TRANSFEREE 3 AND INSTRUCTION TO TRANSFEROR 9)

I CERTIFY THAT THE ANSWERS I PROVIDED TO THE QUESTIONS IN ITEM 9 OF SECTION A OF THIS FORM ARE STILL TRUE AND CORRECT.

TRANSFEREE'S (BUYER'S) SIGNATURE _____ DATE 01/21/00

**SECTION D**

On the basis of (1) the statements in Section A; (2) the verification of identity noted in item 11 and my verification again at the time of transfer (if the transfer does not occur on the same day as the verification noted in item 11); and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below to the person identified in Section A.

| 15. MANUFACTURER AND/OR IMPORTER | 16. MODEL | 17. SERIAL NO. | 18. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 19. CALIBER OR GAUGE |
|---|---|---|---|---|
| LORCIN | L380 LB | 555757 | PISTOL | 380 |
| LORCIN | L380 BB | 538535 | PISTOL | 380 |
| BRYCO | 58 | 992561 | PISTOL | 9M/M |

**COMPLETE ATF F 3310.4 FOR MULTIPLE PURCHASES OF HANDGUNS. (See Instruction to Transferor 11.)**

| 20. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 21. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used) |
|---|---|
| MARTIN'S DAVIE GUN AND PAWN, INC. 6500 STERLING ROAD HOLLYWOOD FL 33024 954-981-1996 | FFL #1-59-006-02-1A-25775 |

**THE PERSON ACTUALLY TRANSFERRING THE FIREARM(S) MUST COMPLETE ITEMS 22 THROUGH 24.**

| 22. TRANSFEROR'S (Seller's) SIGNATURE | 23. TRANSFEROR'S TITLE | 24. TRANSACTION DATE |
|---|---|---|
| Don Lambert | Clerk | 1-21-00 |

Mar-08-00 08:44am From-                                          T-130   P 02/02   F-087

**U.S. Department of Justice**
Immigration and Naturalization Service

**Record of Deportable/Inadmissible Alien**

| CONTROL Name (Last, First, Middle) BOWLEG | | | | | | Aliases |
|---|---|---|---|---|---|---|
| Miguel | | Gerard | | | | Unknown |

| Birthdate | Age | Marital Status | Widowed | File Number | Name of Last/Current U.S. Employer |
|---|---|---|---|---|---|
| 9/25/73 | 26 | ☒ Single ☐ Married ☐ Separated ☐ Divorced | | A77 921 514 | None |

| Sex | Hair | Eyes | Complexion | Height | Weight | Scars or Marks | Address of U.S. Employer |
|---|---|---|---|---|---|---|---|
| M | Blk | Brn | drk | 5'9" | 160 | NV | |

| U.S. Address (Number) (Street) | (City) | (State) (ZIP CODE) | Type of Employment |
|---|---|---|---|
| 7635 Hampton | North Lauderdale | FL | |

| Alien's Telephone # | Date of Action | Location Code | Salary | From: | To: |
|---|---|---|---|---|---|
| (954)721-1904 | 2/28/00 | MIA | | hr. | |

| City, Province (State) and Country of Birth | Country of Citizenship | Passport Number and Country of Issue |
|---|---|---|
| Bahamas, Bahamas | Bahamas | None |

| Date, Place, Time, and Manner of Last Entry/Attempted Entry | Status at Entry | Length of Time Illegally in U.S. | Status When Found |
|---|---|---|---|
| 2/10/98  MIA  boat | EWI | Over 1 year | I |

| Foreign Address/Residence (Number, Street, City, Province (State), Country) | Arrived From/Boarded At |
|---|---|
| | |

| Method of Location/Apprehension | (At Near) | Date & Hour | Apprehended by |
|---|---|---|---|
| 511.2.3 | MIA | 2/28/00 1000PM | RIVERA |

| Visa # | Date of Visa Iss./Loc. | Name on Social Security Card | Social Security No. |
|---|---|---|---|
| ☐ NIV ☐ IMM ☒ None | | Miguel BOWLEG | 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 |

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | Number & Nationality of minor Children |
|---|---|
| None | None |

| Father's Name and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Unknown | Casandra Wallace(D), Bahamas |

| Monies Due/Property in U.S. Not in immediate possession | Record Checks Completed | Order (Family) | F.B.I. No. |
|---|---|---|---|
| ☒ None Claimed ☐ See Form I-43 | ☒ CIS ☒ DACS ☒ CC ☐ OAGS ☐ STGC ☐ | | |

Deportation Charge(s):

237 (a)( )( )( )  1, 237 (a)( )( )( )  1, 237 (a)( )( )( )( )  212 (a)( )  6 ( A )( ); 212 (a)( )( )( )

Exclusion Ground(s):

| Place a check on the appropriate box(es) if any of the following actions were completed: | | | DACS Clearance(s) |
|---|---|---|---|
| ☐ Doc Issued (No.) | ☐ Fingerprinted  Photographed ☒ | I-213 Referred ☒ | 16A |

| Special Programs | Evidentiary Documents | Criminal Record | Yes ☒ No ☐ | Immigration Record: | Yes ☐ No ☒ |
|---|---|---|---|---|---|
| ☐ OCDETF ☐ Sanctions | ☐ Sanctions ☐ Other | ☐ CA ☐ CB ☐ SR ☐ AF | | ☐ Prior Deport | ☒ Prior VR |
| ☐ Grandfathered Alien 245A | | | | | |

| Smuggled Alien ☐ Claimed ☐ Verified | Assistance in Apprehension | All Terrain Vehicle |
|---|---|---|
| ☐ Land ☐ Water ☐ Aircraft | ☐ Sensors ☒ Patrol ☐ Observation Aircraft ☐ Horse Patrol | Other Observation Device (specify) |

| Contraband: | Funds in Possession | Alien Bullpen | Date | A list of free legal services has been provided: |
|---|---|---|---|---|
| ☐ Narcotics ☐ Currency ☐ Weapons ☐ Other | | | | ☒ Yes ☐ No (formal proceedings were not instituted) |

Alien has been advised of communication privileges pursuant to 8 CFR 242.2(g).   AR   Initials   2/28/00   Date

Narrative: Include details not shown above and whether or not eligible for special status program (e.g., TPS, etc.)

Subject encountered in FDC Miami, Florida. Subject is a native and citizen of the Bahamas who last entered the United States at Miami, Florida by boat on February 10, 1998 without inspection. Subject initially was a student here in the US before he left and came back into the US illegally. Initially subject claimed to have entered as a student, but broke to the fact that he had left and reentered without inspection (See sworn statement). Subject has no petitions pending with the Service and currently is incarcerated in FDC Miami for 18 USC 1001(False Statement). Subject has no derivative issues as mother is Bahamian, deceased, and father is unknown.

| | (Signature and Title) | Special Agent |
|---|---|---|
| ☐ Continued on attached continuation page | | |

| DISTRIBUTION | Received (subject and document(s) (report of interview) from |
|---|---|
| 1-FILE 1-STAT | Officer Annette Rivera  2/28/00 19___ at 10:00 PM   Disposition Pend Rem Proc   (Receiving Officer) |

Form I-213 (Rev. 4/1/97) X