UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6053-CR-ZLOCH



**UNITED STATES OF AMERICA**

v.

**MIGUEL GERARD BOWLEG**

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>April 3, 2000 at 11:15 AM |
|---|---|

**CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 29. 2000

cc:
Thomas Lanigan, Esq., AUSA
Samuel Smargon, Esq., AFPD

