UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6053-CR-ZLOCH



UNITED STATES OF AMERICA

    v.

MIGEUL GERARD BOWLEG

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>April 6, 2000 at 9:30 AM |
|---|---|

CHANGE OF PLEA - RESET BY COURT- COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                                  CLARENCE MADDOX
                                                  CLERK OF COURT

                                                  BY DEPUTY CLERK

DATE: April 3, 2000

cc:
Thomas Lanigan, Esq., AUSA
Samuel Smargon, Esq., AFPD