

FILED by _____ D.C.

APR 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00 - 6053 - CR - Zloch  DATE 4-6-00

CLERK Carline Newsby          REPORTER Carl Schanzleh

PROBATION                     INTERPRETER

UNITED STATES OF AMERICA v. Miguel Bawley

U. S. ATTORNEY Thomas Lanigan DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted Plea adjudged deft guilty to Count 1

CASE CONTINUED TO 4-6-00  TIME 10:30 AM FOR Sentencing

MISC Written Plea Agreement

