UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6053-CR-ZLOCH

UNITED STATES OF AMERICA

       v.

MIGUEL GERARD BOWLEG

---

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

PLACE                                   COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, Fl, 33301       June 27, 2000, at 9:30 AM

---

**SENTENCING - RESET BY COURT FROM JUNE 30**

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Thomas Lanigan, Esq., AUSA
Samuel Smargon, Esq., AFPD
Probation