-cr-06053-WJZ    Document 22    Entered on FLSD Docket 07/07/2000    P

FILED
JUL 0 6 2000
CLERENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00-6053-CR-WJZ**   DATE **6/27/00**
CLERK **Deloris M°Intosh**   REPORTER **Carl Schanzleh**
PROBATION **Jim Pearce**   INTERPRETER

UNITED STATES OF AMERICA  v. **Miguel Gerard Bowleg**

U. S. ATTORNEY **Thomas Lanigan**   DEFT COUNSEL **Samuel Smorgon**

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING **Sentencing**

RESULT OF HEARING **24 months BOP, 2 years supervised Release;
$100 special assessment:**

**10 Days to Appeal**
JUDGMENT

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

22